UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CATHERINE TERAMINO

      Plaintiff,

v.

TOTAL RECOVERY SOLUTIONS, LLC,

      Defendant.

_____/

Case No. 1: 13-cv-01525-AWI-BAM

**ORDER AFTER SETTLMENT**

    Plaintiff Catherine Teramino has filed a Notice of Settlement indicating that settlement has been reached. (Doc. 8). Pursuant to this Court's Local Rule 160(b), this Court ORDERS the parties, no later than February 5, 2014, to file appropriate papers to dismiss or conclude this action in its entirety.

    This Court VACATES all pending dates and matters.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

    Dated: **January 15, 2014**          /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE

1