UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Catherine Teramino,<br><br>           Plaintiff,<br><br>      vs.<br><br>Total Recovery Solutions, LLC; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: 1:13-cv-01525-AWI-BAM<br><br>**ORDER** |

   Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

IT IS SO ORDERED.

Dated:   February 3, 2014                    _____
                                             SENIOR DISTRICT JUDGE